# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

FILED

JAN 28 2019

Clerk, U S District Court
District Of Montana
Billings

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

UNITED STATES OF AMERICA

    vs.

**JASON COLE PANTALION**       No.  CR 18-84-BLG-SPW

DOB:  XX/XX/1985       **PETITION TO OPEN JUVENILE RECORDS**

SSN:  XXX-XX-3543

Whereas the above-name defendant entered a plea of Guilty to the offense of Prohibited Person in Possession of a Firearm in violation of 18 U.S.C. § 922(g)(1) in the United States District Court for the District of Montana, the Petitioner requests all juvenile records pertaining to the Defendant, including law enforcement, County Probation, County Welfare, Department of Corrections records, and any records of alcohol, drug and mental health treatment, be made available for the purpose of preparing a Presentence Investigation Report for the Court.

                     _Tanya L Wilson_
                     U.S. Probation Officer

                     January 28, 2019
                     Date

\* \* \* \* \* \* \* \* \* \*
# ORDER
\* \* \* \* \* \* \* \* \* \*

THE COURT HAVING CONSIDERED THE AFOREMENTIONED PETITION does hereby order the release of pertinent juvenile records held by any law enforcement agency, Probation Office, Welfare Agency, or Department of Corrections to the Petitioner or authorized agency of the United States Probation Office for the purpose of preparing a Presentence Investigation Report for the Court.

                     _Susan P. Watters_
                     United States District Judge

Dated this 28th day of January, 2019.